UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Garland E. Burrell, Jr.
United States District Judge
Sacramento, California

                RE:    Sean Matthew DARCY
                      Docket Number:   2:05CR00169-01
                      **PERMISSION TO TRAVEL**
                      **OUTSIDE THE COUNTRY**

Your Honor:

The probationer is requesting permission to travel to Buena Vista, Baja, Mexico. The probationer is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On January 10, 2005, the probationer was sentenced for the offense of 18 USC 371 - Conspiracy to Defraud the United States (Class D Felony).

**Sentence imposed:**   5 years Probation; $10,000 fine (paid in full); $100 special assessment (paid in full); 300 hours community service (completed).

**Dates and Mode of Travel:**  Leaving June 12, 2007, and returning June 16, 2007. Traveling on Frontier Airline.

**Purpose:**  Business and pleasure trip.

**RE:   Sean Matthew DARCY**
      **Docket Number:   2:05CR00169-01**
      **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**


                          Respectfully Submitted,

                          /s/ Shari R. Simon

                        **SHARI R. SIMON**
                     **United States Probation Officer**

**DATED:**      May 3, 2007
              Roseville, California
              srs:cd

**REVIEWED BY:**            /s/ Richard A. Ertola
                        **RICHARD A. ERTOLA**
                        **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved _____X_____          Disapproved _____

Dated: May 7, 2007

                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge